UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER TORRES JR. and on behalf for A.P.F.T. (MINOR),<br><br>Plaintiff,<br><br>v.<br><br>BRADLEY HUDSON, County Executive for Sacramento County, et al.,<br><br>Defendants. | No.  2:13-cv-1669-KJM-EFB PS<br><br><br>ORDER |

On April 8, 2014, the court granted plaintiff's motion to proceed *in forma pauperis* and dismissed plaintiffs' original complaint with leave to amend. ECF No. 3. The complaint was dismissed for failure to allege facts showing that defendants were proper defendants for purposes of plaintiffs' 42 U.S.C. § 1983 claim, and for failure to allege facts in support of plaintiffs' claims brought under 42 U.S.C. §§ 1985, 1986, and 1988. The order also observed that plaintiff Peter Torres purported to assert claims on behalf of his minor grandchild, A.P.F.T., and that Torres was not permitted to bring an action on behalf of a minor without first retaining an attorney. Accordingly, the complaint was dismissed and plaintiffs were given thirty days to file an amended complaint curing the deficiencies identified in the April 8, 2014 order.

On May 8, 2014, rather than submitting an amended complaint, plaintiff Torres filed a motion for appointment of counsel. ECF No. 4. 28 U.S.C. § 1915(e)(1) authorizes the

1

appointment of counsel to represent an indigent civil litigant in certain exceptional circumstances. *See Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir.1991); *Wood v. Housewright*, 900 F.2d 1332, 1335–36 (9th Cir.1990); *Richards v. Harper*, 864 F.2d 85, 87 (9th Cir.1988). In considering whether exceptional circumstances exist, the court must evaluate (1) the plaintiff's likelihood of success on the merits; and (2) the ability of the plaintiff to articulate his claims pro se in light of the complexity of the legal issues involved. *Terrell*, 935 F.2d at 1017. The court cannot conclude that plaintiff's likelihood of success, the complexity of the issues, or the degree of plaintiff's ability to articulate his claims amount to exceptional circumstances justifying the appointment of counsel at this time.

      Accordingly, it is hereby ORDERED that:

      1. Plaintiff's motion for appointment of counsel, ECF No. 4, is denied.

      2. Plaintiff shall file an amended complaint within thirty days from the date of service of this order. The amended complaint must bear the docket number assigned to this case and must be labeled "First Amended Complaint." Failure to timely file an amended complaint in accordance with the April 8, 2014 order will result in a recommendation that this action be dismissed.

DATED: June 17, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE